Young Men's Christian Association of Pittsburgh Tax Case.

Argued September 29, 1955. Before STERN, C. J., STEARNE, JONES, MUSMANNO and ARNOLD, JJ.

*Philip Baskin,* Assistant County Solicitor, with him *Nathaniel K. Beck,* County Solicitor, and *John G. Brosky,* Assistant County Solicitor, for appellant.

*William F. Knox,* with him *Moorhead & Knox,* for appellee.

OPINION PER CURIAM, November 14, 1955:
The judgment is affirmed on the opinion of Judge HARRY MONTGOMERY of the court below, whose opinion is reported in 4 D. & C. 2d 186.